NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY C. BENNINGTON,**
*Petitioner,*

AND

**STEVEN R. HAYES,**
*Petitioner,*

AND

**TIMOTHY A. HUBAL,**
*Petitioner,*

AND

**RICHARD E. KIDWELL,**
*Petitioner,*

AND

**CARL C. WILLIAMS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**UNITED STATES POSTAL SERVICE,**
*Intervenor.*

---

2011-3222

_____

Petition for review of the Merit Systems Protection Board in consolidated case nos. CH0351100110-I-1, CH0351100117-I-1, CH0351100119-I-1, CH0351100128-I-1, and CH0351100127-I-1.

_____

## ON MOTION

_____

## ORDER

The United States Postal Service (USPS) moves without opposition to reform the caption to name the Merit Systems Protection Board as the respondent and to name USPS as intervenor. USPS also moves without opposition for an extension of time to file its brief.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to reform the caption is granted. The revised official caption is reflected above.

(2) The motion for an extension of time is granted. The briefs of the USPS and Board are due within 21 days from the date of filing of this order.

FOR THE COURT

JAN 1 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Carl C. Williams
Richard E. Kidwell
Steven R. Hayes
Timothy A. Hubal
Timothy  C. Bennington
Michael S. Macko, Esq.
Keisha Dawn Bell, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 7 2012

JAN HORBALY
CLERK